Dugan *v.* Dupont Borough School District,
Appellant.

Argued April 14, 1948. Before MAXEY, C. J., DREW,
LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

594

*Charles E. Kenworthey* and *Arthur H. James,* with them *Frank J. Flannery,* for appellant.

*Arthur A. Maguire,* with him *Andrew Hourigan Jr.,* for appellee.

Per Curiam, July 7, 1948:

The decree of the court below is affirmed on the opinion of President Judge VALENTINE; costs to be paid by the School District of the Borough of Dupont.